IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK SHARP & DOHME CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-199 (RGA) |
| | ) | |
| XELLIA PHARMACEUTICALS APS and | ) | REDACTED - |
| XELLIA PHARMACEUTICALS INC., | ) | PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |

## JOINT CLAIM CONSTRUCTION APPENDIX

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

OF COUNSEL:

Brian V. Slater
Gregory B. Sephton
Jason A. Leonard
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

*Attorneys for Plaintiff*

SHAW KELLER LLP
Karen E. Keller (#4489)
Jeffrey T. Castellano (#4837)
Stephanie E. O'Byrne (#4446)
300 Delaware Ave., Suite 1120
Wilmington, DE 19801
kkeller@shawkeller.com
jcastellano@shawkeller.com
sobyrne@shawkeller.com

OF COUNSEL:

Jeffrey S. Ward
Wendy M. Ward
Stephen R. Howe
MERCHANT & GOULD, P.C.
10 E. Doty St., Suite 600
Madison, WI 53703
(608) 280-6750

Jeffrey D. Blake
MERCHANT & GOULD, P.C.
191 Peachtree St. NE, Suite 4300
Atlanta, GA 30303
(404) 954-5100

*Attorneys for Defendants*

November 25, 2014 - Original Filing Date
December 2, 2014 - Redacted Filing Date

| EXHIBIT | DESCRIPTION | SUBMITTING PARTY |
|---|---|---|
| 1 | Declaration of Jason A. Leonard In Support Of Merck's Reply Claim Construction Brief, dated November 4, 2014 | Plaintiff |
| 1-A | Xellia's Notice Letter dated January 3, 2014 Regarding Paragraph IV Certifications for U.S. Patent Nos. 5,952,300 and 6,136,783 with respect to ANDA No. 205923 for Xellia's Caspofungn Acetate Injectable Formulations | Plaintiff |
| 1-B | Defendant Xellia ApS's Initial Non-Infringement Contentions, dated June 17, 2014 | Plaintiff |
| 1-C | Excerpt of the January 28, 2011 Deposition of Michael Kaufman, Ph.D. in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Plaintiff |
| 1-D | Expert Report of Mark A. Staples, Ph.D., dated March 29, 2011 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Plaintiff |
| 1-E | Merck Sharp & Dohme Corp.'s Revised Infringement Contentions, dated September 9, 2014 | Plaintiff |
| 1-F | Defendant Xellia Pharmaceuticals ApS's Objections and Responses to Merck's First Set of Requests for Admissions, dated August 21, 2014 | Plaintiff |
| 1-G | Excerpts from the June 10, 2011 Deposition of Mark A. Staples, Ph.D. in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Plaintiff |
| 1-H | Reply Expert Report of Mark A. Staples, Ph.D., dated June 3, 2011 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Plaintiff |
| 1-I | U.S. Patent Application Publication No. 2012/0101030 (Shirode et al.) | Plaintiff |
| 2 | Declaration of Stephen R. Howe In Support of Defendant Xellia Pharmaceutical ApS's Answering Claim Construction Brief, dated October 7, 2014 | Defendants |
| 2-A | Complaint, dated March 30, 2010 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |

| EXHIBIT | DESCRIPTION | SUBMITTING PARTY |
|---|---|---|
| 2-B | Merck's Brief in Support of its Motion for Summary Judgment on Sandoz's Obviousness Defense, dated November 4, 2011 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-C | Opinion, dated January 30, 2012 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-D | Order, dated January 30, 20102 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-E | Order, dated April 16, 2012 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-F | Declaration of Professor Stephen R. Bryn in Support of Merck's Motion for Summary Judgment on Sandoz's Obviousness Defense, dated November 4, 2011 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-G | June 14, 2014 Deposition of Stephen R. Bryn in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-H | Merck's Response to Sandoz's Counterstatement of Facts in Support of its Opposition to Merck's Motion for Summary Judgment on Sandoz's Obviousness Defense, dated November 28, 2011 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-I | Final Pretrial Order, dated August 5, 2011 in *Merck & Co., Inc. et al. v. Sandoz Inc.*, 2-10-cv-01625 (D.N.J.) | Defendants |
| 2-J | GEREF® (sermorelin acetate for injection) Prescribing Information, Physicians' Desk Reference, 49th Ed., pp. 2784-85 (1995) | Defendants |
| 3 | Supplemental Declaration of Stephen R. Howe in Support of Defendants Xellia Pharmaceuticals ApS and Xellia Pharmaceuticals, Inc.'s Sur-Reply Claim Construction Brief, dated November 18, 2014 | Defendants |
| 3-A | MRK_CAN-X0238194-MRK_CAN_X0238231 | Defendants |
| 3-B | MRK_CAN_X0237698-MRK_CAN_X0237705 | Defendants |