# Exhibit 3

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK SHARP & DOHME CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14cv199-RGA |
| | ) | |
| XELLIA PHARMACEUTICALS APS and | ) | REDACTED - |
| XELLIA PHARAMCEUTICALS, INC. | ) | PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL DECLARATION OF STEPHEN R. HOWE IN SUPPORT OF
DEFENDANTS XELLIA PHARMACEUTICALS APS AND XELLIA
PHARMACEUTICALS, INC.'S SUR-REPLY CLAIM CONSTRUCTION BRIEF**

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

I, Stephen R. Howe, Esq., declare as follows:

1. I am an attorney-at-law and associate at the law firm Merchant & Gould, P.C.

2. I am admitted to practice before this Court.  I am also a member of the state bar of Illinois.

3. I am counsel of record for Xellia Pharmaceuticals ApS and Xellia Pharmaceuticals, Inc. (collectively, "Xellia") in the above-captioned matter.

4. I am making this declaration in support of Xellia's Sur-Reply Claim Construction Brief.

5. Attached hereto as Exhibit A is a true and correct copy of MRK_CAN_X0238194 – MRK_CAN_X0238231, as produced by Plaintiff in the above-captioned matter.

6. Attached hereto as Exhibit B is a true and correct copy of MRK_CAN_X0237698 – MRK_CAN_X0237705, as produced by Plaintiff in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 18, 2014.

Stephen R. Howe, Esq.

# Exhibit 3-A

REDACTED
IN ITS
ENTIRETY

# Exhibit 3-B

# REDACTED
# IN ITS
# ENTIRETY