# Morris, Nichols, Arsht & Tunnell LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JACK B. BLUMENFELD**
(302) 351 9291
(302) 498 6238 FAX
jblumenfeld@mnat.com

June 29, 2015

The Honorable Richard G. Andrews  *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

　　　　Re:　*Merck Sharp & Dohme Corp. v. Xellia Pharmaceuticals ApS, et al.*,
　　　　　　C.A. No. 14-199 (RGA)

Dear Judge Andrews:

　　　　Merck submits this letter to provide case support for its objection to DTX-66, a declaration from Dr. Byrn filed in litigation against Sandoz in New Jersey, and, specifically, that the declaration is not admissible as a party admission under Federal Rule of Evidence 801(d)(2). In *Kirk v. Raymark Industries*, 61 F.3d 147, 164 (3d Cir. 1995), the Third Circuit held that an expert cannot be deemed an agent of the party, as would be necessary for the statement to be attributable to the party under Rule 801(d)(2)(C). *Id.* at 164. As such, Dr. Byrn's prior declaration in the Sandoz litigation is inadmissible hearsay.

　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　*/s/ Jack B. Blumenfeld*

　　　　　　　　　　　　　　　　Jack B. Blumenfeld

JBB/rah
cc:　　Clerk of Court (Via Hand Delivery)
　　　　All Counsel of Record (Via Electronic Mail)